Dear Judge Marra,

I am writing to inquire about a sentence reduction for saving the life of David Johnson. I understand that my institutional record is not the best but I feel that I deserve some type of reward for saving Mr. Johnsons' life. The Unit Manager gave me $100 because the Warden told him to reward me at Atwater USP but he never stated to me what the $100 was for, and at the time I was helping build a wall which I thought the $100 was a bonus for that specific project. When I spoke to the Unit Manager he stated to me that the $100 was for saving Mr. Johnsons' life. Mr. Johnsons life is worth way more than $100 and priceless to be exact. At the time the CO's were not making rounds every hour as policy states and if it wasn't for me the man would have died. People can cooperate with the government to solve homicides and catch criminals and receive a time reduction so I feel that its only right that I receive some type of time reduction for saving Mr. Johnsons life. I remember you stated to me that if I filed anything that you would give me what I had coming. To this day I would save a inmates or a government officials/employees life if it came down to it. All I ask is that you please give me a time reduction if it is in your heart to do so. I've saved a mans life and I still have to deal with my family and friends that has lost their life since my incarceration. Im not asking to be freed immediatly, but I ask that you please give me some kind of time reduction. The time that you sentenced me to made me open my eyes and really cherish my life and made me a better person in order to be a law abiding and productive citizen, and I thank you for that. Thank you for your time and I look foward to your blessing.

Respectfully & Sincerely, Eddie Reed    2-4-2018

| BP-A0576 | | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| JUN 10 | | FEDERAL BUREAU OF PRISONS |

## MONETARY SPECIAL AWARD RECOMMENDATION - INMATE

| Institution USP Atwater | Unit 3B | Date 08/13/2012 |
|---|---|---|
| Inmate's Name Rollerson, Eddie | Register No. 72755-004 | Work Assignment 3B Orderly |

Recommend Monetary Special Award in the amount of $100.00
In recognition of the following special act:

- [x] An act of heroism.
- [ ] Voluntary acceptance and satisfactory performance of an unusually hazardous assignment.
- [ ] An act which protects the lives of employees or inmates, or the property of the United States.
- [ ] Suggestions which result in substantial improvements or cost-savings in institutional programs or operations.
- [ ] Other exceptionally meritorious or outstanding services.

**Justification**
In 2010, while housed in USP Coleman 1, inmate Rollerson alerted staff that his roommate was unconscious. The initial medical assessment found the inmate to be intoxicated. Inmate Rollerson informed staff he believed his roommate had ingested heroin filled balloons. Inmate Rollerson's roommate was sent to the outside hospital where he survived. Without inmate Rollerson's notification to staff of the situation, his roommate could have died. Inmate Rollerson's character that day exemplified the best in humanity.

Submitted by

| Printed Name and Signature K. Officer | Title Unit 3 Counselor |
|---|---|

Approved by

| Department Head  J E Ti__ | Date 9/11/12 |
|---|---|
| Chief Executive Officer | 9/11/12 |
| Regional Director (Awards Exceeding $150.00) | |
| Award Date | Approved Award Amount $ |

☆72755-004☆
Eddie Rollerson
Federal Correction Complx
Yazoo City Usp
Po Box 5000
Yazoo CITY, MS 39194
- United States

JACKSON MS 390

05 FEB 2018 PM 2 L

Judge A. Marra
501 S. Flagler Drive Suite 400
West Palm Beach, FL 33401

33401-591200